

SCOTT L. GOODSELL, ESQ., BAR NO. 122223
WILLIAM J. HEALY, ESQ., BAR NO. 146158
KARI S. BOWYER, ESQ., BAR NO. 257033
CAMPEAU GOODSELL SMITH
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: 408.295.9555
Facsimile: 408.295.6606

Counsel for Plaintiffs

The following constitutes
the order of the court. Signed April 3, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In the Matter of<br><br>Cecelia Austin and Zia Jamal Noorzoy<br><br>Debtors. | Case No. 11-60405 SLJ<br><br>Chapter 7<br><br>Adv. Pro. No. 12-5017 |
| Charles DeRose and Aisha A. Krechuniak<br><br>Plaintiff<br><br>v.<br><br>Cecelia Austin and Zia Jamal Noorzoy<br><br>Defendant | **ORDER ON MOTION TO DISMISS COMPLAINT FOR DENIAL OF DISCHARGE (11 USC 727(a)(2), 11 USC 727(a)(4)(A), 11 USC 727(a)(5) and 727(a)(6)(c)**<br><br>Date: April 1, 2013<br>Time: 1:30 p.m.<br>Place: U.S. Bankruptcy Court<br>       280 South First Street, Ctrm. 3099<br>       San Jose, CA<br>Judge: Hon. Stephen L. Johnson |

On April 1, 2013, the Motion to Dismiss Complaint for Denial of Discharge (11 USC 727(a)(2), 11 USC 7127(a)(4)(A), 11 USC 727(a)(5) and 727 (a)(6)(c) filed by plaintiffs DeRose et al ( "Moving Party") came on regularly for hearing before the Honorable Stephen L. Johnson of United States Bankruptcy Court as indicated above.

---

ORDER ON MOTION TO DISMISS COMPLAINT FOR DENIAL OF DISCHARGE ITY (11 U.S.C. 523(a)(2)), DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11 U.S.C. 727 (a)(2), 11 U.S.C. 72(a)(4)(A), 11 U.S.C. 727 (a)(5) and 727(a)(6)(c)    -1-

1 | The Court, having read and considered the Motion, noted the appearances of parties and
2 | counsel as reflected in the court's record, and found good cause, does hereby, for the reasons
3 | stated on the record, grant the Motion and therefore:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

The Motion is Granted and the case is dismissed.

***End of Order***

**ORDER ON MOTION TO DISMISS COMPLAINT FOR DENIAL OF DISCHARGE ITY (11 U.S.C. 523(a)(2)), DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11 U.S.C. 727 (a)(2), 11 U.S.C. 72(a)(4)(A), 11 U.S.C. 727 (a)(5) and 727(a)(6)(c)** -2-

Case: 12-05017    Doc# 25    Filed: 04/03/13    Entered: 04/03/13 15:50:35    Page 2 of 3

Court Service List

---

**ORDER ON MOTION TO DISMISS COMPLAINT FOR DENIAL OF DISCHARGE ITY (11 U.S.C. 523(a)(2)), DISMISSAL OF CLAIMS FOR DENIAL OF DISCHARGE (11 U.S.C. 727 (a)(2), 11 U.S.C. 72(a)(4)(A), 11 U.S.C. 727 (a)(5) and 727(a)(6)(c)** -3-

Case: 12-05017   Doc# 25   Filed: 04/03/13   Entered: 04/03/13 15:50:35   Page 3 of 3